IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aarin Keller,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>S&K Venture 11 LLC,<br><br>　　　　　Defendants. | No. CV-20-01200-PHX-MTL<br><br>**ORDER** |

Upon review of the parties' Joint Unopposed Motion for Approval of FLSA Settlement and Dismissal of Lawsuit, the supporting Declaration of Jesenia A. Martinez declaration, and the relevant exhibits (Doc. 23),

**IT IS ORDERED granting** the parties' Joint Unopposed Motion for Approval of FLSA Settlement and Dismissal of Lawsuit (Doc. 23). The Settlement Agreement and General Release (Doc. 23-2) is a fair and reasonable settlement of Plaintiff's claims under the Fair Labor Standards Act, 29 U.S.C. §§ 201-209.

**IT IS FURTHER ORDERED** that the above-captioned action is dismissed with prejudice. The Clerk of the Court is kindly directed to terminate this action.

Dated this 17th day of December, 2020.

Michael T. Liburdi
United States District Judge